**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

FILED
SEP 13  2 20 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Date:              7/19/04
Docket Number:     03-2302-pr
Short Title:       Jones v. INS
DC Docket Number:
DC:
DC Judge:

DC Initials CT/NHCT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 19th day of July    two thousand four.

Oliver Jones,

       Petitioner-Appellant,

    v.

  INS,

       Respondent-Appellee.



FILED
JUL 19 2004

    The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed  in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

    The Appellant herein not having so proceeded, upon consideration thereof,
       it is ordered that the appeal from the order of March 12, 2003 United States
       District Court for the District of Connecticut at New Haven be and it hereby is
       dismissed.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:     JUL 19 2004